# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06cv35

| | |
|---|---|
| **DEBRA L. GUY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **JUDGMENT -SENTENCE FOUR** |
| ) | **REMAND** |
| **MICHAEL J. ASTRUE,** ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** having come before the court on the government's consented to Motion to Remand (#16) and plaintiff's Motion for Summary Judgment (#14), and it appearing that remand pursuant to the fourth sentence of 42, United States Code, Section 405(g), is appropriate as shown by a Memorandum of Decision entered by the court simultaneously herewith;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

(1) the plaintiff's Motion for Summary Judgment is **DENIED** without prejudice;

(2) the consented to Motion to Remand is **ALLOWED**;

(3) the Commissioner's decision is **REVERSED** and the cause is **REMANDED** to the Secretary for purposes of conducting a new hearing pursuant to the fourth sentence of 42, United States Code, Section 405(g); and

(4) this action is hereby **DISMISSED**.

Signed: July 25, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge